ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 6 2006

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEBORA A. TURNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:03-CV-1205-P |
| | § | |
| JO ANNE B. BARNHART, | § | |
| Commissioner of Social Security | § | |
| Administration, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the Amended Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted as the Findings and Conclusions of the Court. Accordingly, the final decision of the Commissioner is reversed and remanded with the instructions enumerated by the United States Magistrate Judge in his Amended Findings, Conclusions, and Recommendation.

SO ORDERED this 6th day of March, 2006.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

# CASE CLOSED

**CASE NUMBER:** 3:03-CV-1205-P

**DATE:** 3/6/06

**TRIAL: YES____ NO ✓**